**Order entered October 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01070-CV

## IN RE SHERRI TURNER, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-06454-E**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     LANA MYERS
JUSTICE